IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TIFFANY BASS and PAULA WIGGINS, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:20-CV-916 |
| WEINSTEIN MANAGEMENT CO., INC. and WMCi CHARLOTTE XIII, LLC, d/b/a BEXLEY VILLAGE AT CONCORD MILLS, | ) ) ) ) ) | |
| Defendants. | ) | |

## **JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment,

It is hereby **ORDERED AND ADJUDGED** that the defendants' motion for judgment on the pleadings is **GRANTED** and this case is **DISMISSED** with prejudice.

This the 8th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE